IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00002-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON K. ROMERO,

    Defendant.

_____

**ORDER**
_____

    The court construes defendant's Notice of Disposition as a motion to change his plea and to have the court consider the terms of the parties' plea agreement. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters. The trial date is vacated. Counsel shall contact chambers within ten days to set a change of plea hearing.

    DATED at Denver, Colorado, on March 2, 2007.

                                                    BY THE COURT:

                                                    s/ Walker D. Miller
                                                    United States District Judge

PDF FINAL